**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter**

**Civil Action No.: 06-cv-02385-REB-PAC**     **FTR** - Reporter Deck - Courtroom A-501
**Date: May 22, 2007**                         Courtroom Deputy, Ellen E. Miller
_____

JEREMY NECHOL DENISON,                         Pro Se      (by telephone)
#87654
    **Plaintiff(s),**
v.

COLORADO DEPARTMENT                            Nicole S. Gellar
  OF CORRECTIONS, C.T.C.F.,
MICHAEL AASEN,
ORVILLE NUEFELD,
LOUIS CABILING,
GREG ROBINSON,
CONNIE BATSON, and
SANDY HARRIS,
    **Defendant(s).**
_____
**COURTROOM   MINUTES  /  MINUTE  ORDER**
_____

**HEARING:   PRELIMINARY RULE 16(b)  SCHEDULING CONFERENCE**
**Court in Session:**  10:00  a.m.
Court calls case.  Appearance of *Pro Se* Plaintiff by telephone and Defense counsel in person.
Opening statements by the Court.

The Preliminary Scheduling and Planning Conference is called to consider the nature and status of the case, the case schedule, and what discovery if any will be needed. Discussion is held regarding the pending Motion to Stay Discovery.

**It is ORDERED:**     Defendants' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ASSERTION OF QUALIFIED IMMUNITY IN MOTION TO DISMISS (Docket No. **27,** Filed May 18, 2007) is **GRANTED**  for reasons as set forth on the record.

                      Discovery is therefore STAYED until a ruling on the qualified immunity defense asserted in the Motion to Dismiss is made.

*06-cv-02385-REB-PAC*
*Preliminary Rule 16(b) Scheduling Conference*
*May 22, 2007*

Mr. Denison makes an Oral Motion for Extension of Time to Respond to the pending Motion to Dismiss.  With no objection from Defendants,

**It is  ORDERED:**   Plaintiff's   ORAL   MOTION   FOR   EXTENSION OF  TIME TO RESPOND  TO PENDING  MOTION  TO  DISMISS  is  **GRANTED.**

Plaintiff shall have to and including   **JUNE 15, 2007** within which to file his Response to the pending Motion to Dismiss.
The Response shall not exceed   twenty (20) pages.

HEARING CONCLUDED.
**Court in Recess**:   10:07   a.m.
Total   In-Court Time:     00:07