IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02385-REB-PAC

JEREMY NECHOL DENISON,

     Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS, C.T.C.F.,
MR. MICHAEL AASEN,
MR. ORVILLE NUEFELD,
MR. LOUIS CABILING,
MR. GREG ROBINSON,
MS. CONNIE BATSON,
MS. SANDY HARRIS, and
UNKNOWN MEMBER(s) OF ANY OVERSIGHT COMMITTEE,

     Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

IT IS HEREBY **ORDERED** that Plaintiff's Motion for Leave to Amend Complaint and Dismiss Defendants Motion to Dismiss [Doc. #32; filed June 15, 2007] is **GRANTED IN PART AND DENIED IN PART** as follows:

Because plaintiff is *pro se*, the court will give him an opportunity to cure any defects in his pleading.  Accordingly, plaintiff may file an Amended Complaint **on or before July 23, 2007**.

Plaintiff's motion to dismiss the defendants' pending motion to dismiss is denied. The court will enter a ruling on that motion at a later date.  It is

**FURTHER ORDERED** that plaintiff's Motion for Extention [sic] of Time to Respond to Motion to Dismiss [Doc. #31; filed June 15, 2007] is **DENIED** as moot.  Plaintiff is not required to respond to the Motion to Dismiss if he files an Amended Complaint.

Dated:  June 19, 2007