IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02385-REB-KLM

JEREMY NECHOL DENISON,

     Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, C.T.C.F., in its official capacity,
MR. MICHAEL AASEN,
MR. ORVILLE NUEFELD, and
UNKNOWN MEMBER(s) OF ANY OVERSIGHT COMMITTEE,

     Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's (1) **Motion to Allow Disclosure of Expert Witnesses Filed out of Time** [Docket No. 65; Filed September 4, 2008] ("Motion No. 65"); (2) **Motion for Stay Pending Procurement of Counsel** [Docket No. 66; Filed September 17, 2008] ("Motion No. 66"); and (3) **Motion Requesting a Ruling on Preliminary Injunction** [Docket No. 67; Filed September 17, 2008] ("Motion No. 67").

     IT IS HEREBY **ORDERED** that Motion Nos. 65 & 66 are **HELD IN ABEYANCE**.  A Status Conference is set for **October 14, 2008 at 9:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. On the date and time set for the conference, Plaintiff shall contact the Court at **(303) 335-2770** to participate.  The purpose of the conference is to address the issues raised by Plaintiff in Motion Nos. 65 & 66.  Defendants are not obligated to file responses to such motions, but should be prepared to address the issues raised therein.  A secondary

purpose of the conference is to apprise the Court of the status of Plaintiff's facet block injections.

IT IS HEREBY **ORDERED** that Motion No. 67 is **DENIED**.  The Court issues rulings on pending motions in due course and in consideration of the issues presented in the particular case, as well as the Court's overall docket.  Further, Plaintiff's Motion is based on an incorrect premise, namely that Defendants did not timely respond to Plaintiff's pending Motion for Preliminary Injunction [Docket No. 59].  Defendants' Response was timely received [Docket No. 64; Filed September 3, 2008].  To the extent that Plaintiff contends that he did not receive a copy of Defendants' Response, **the Clerk shall mail a copy of Docket No. 64 to Plaintiff along with this Minute Order**.

IT IS FURTHER **ORDERED** that, if necessary, Plaintiff's Reply to Defendants' Response to the pending Motion for Preliminary Injunction shall be filed no later than **October 21, 2008**.

Dated:  September 19, 2008