IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| Civil Action No.: 06-cv-02385-REB-KLM | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| Date: October 14, 2008 | Courtroom Deputy, Kathleen Finney |

---

JEREMY NECHOL DENISON,                        Pro Se (telephone)
#87654

       Plaintiff(s),

v.

COLORADO DEPARTMENT                      Nicole S. Gellar
  OF CORRECTIONS, C.T.C.F.,
MICHAEL AASEN,
ORVILLE NUEFELD, and
UNKNOWN MEMBER(S) OF ANY
  OVERSIGHT COMMITTEE,

       Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

---

**HEARING: STATUS CONFERENCE**
**Court in Session: 9:02 a.m.**
Court calls case. Telephonic appearance of *Pro Se* Plaintiff; in court appearance of defense counsel.

The Status Conference is called to discuss: (1) Plaintiff's Motion for Preliminary Injunction (Docket No. 59, filed 07/31/08], (2) Plaintiff's Motion for Order to Allow Disclosure of Expert Witnesses Filed out of Time [Docket No. 65, filed 09/05/2008], (3) Plaintiff's Motion to Stay Pending Procurement of Counsel [Docket No. 66, filed 09/17/2008], and to clarify issues pertaining to discovery.

**It is ORDERED:**      Plaintiff's Motion for Preliminary Injunction (Docket No. 59, filed 07/31/08] is **denied as moot.**

**It is ORDERED:**      Plaintiff's Motion for Order to Allow Disclosure of Expert Witnesses Filed out of Time [Docket No. 65, filed 09/05/2008] is **denied as moot.**

**It is ORDERED:** Plaintiff's Motion to Stay Pending Procurement of Counsel [Docket No. 66, filed 09/17/2008] is **denied.**

**It is ORDERED:** DISCOVERY DEADLINE is reset to **NOVEMBER 28, 2008.**

Discussion is held regarding methods of discovery. Plaintiff is reminded that discovery is **not** to be filed with the Court.

- Depositions may be conducted pursuant to Fed.R.Civ.P. 30. Each side shall be limited to three (3) depositions. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. The Court reminds Plaintiff that [1] any costs associated with a deposition, including any court reporter fees, are the responsibility of the party noticing the deposition and that [2] Plaintiff must confer with defense counsel regarding available dates and times for any depositions she may wish to take. Permission must also be obtained from the prison facility.
- Interrogatories may be submitted pursuant to Fed.R.Civ.P. 33. Each side shall be limited to twenty-five (25) Interrogatories, including those most recently propounded by Defendant.
- Requests for Production of Documents may be submitted pursuant to Fed.R.Civ.P. 34. Each side shall be limited to twenty-five (25) Requests for Production of Documents, including those most recently propounded by Defendant.
- Requests for Admissions may be submitted pursuant to Fed.R.Civ.P. 36. Each side shall be limited to twenty-five (25) Requests for Admissions, including those most recently propounded by Defendant.

Parties shall designate experts **on or before NOVEMBER 13, 2008.**
Parties shall designate rebuttal experts **on or before NOVEMBER 20, 2008.**

The responding party must serve its answers and/or objections within thirty (30) days after being served with the discovery requests.

All interrogatories, requests for production of documents, and requests for admissions must be served no later than thirty-three (33) days prior to close of discovery.

Discussion is held regarding dispositive motions which are generally filed to request that the Court decide the case without a trial.

**It is ORDERED:** DISPOSITIVE MOTIONS DEADLINE is set **JANUARY 16, 2009.**

**SETTLEMENT CONFERENCE** is set **DECEMBER 15, 2008 AT 1:30 P.M.**

Each party shall submit an Confidential Settlement Statement to Magistrate Judge Mix **on or before December 10, 2008** in accordance with the Court's *Instructions for Preparation of Confidential Settlement* Statements, Effective January 1, 2008.

Plaintiff's Confidential Settlement Statement shall be sent directly to Magistrate Judge Mix marked

"Personal and Confidential". Address: Byron G. Rogers United States Courthouse, 1929 Stout Street, C-204, Denver, Colorado 80294.

Defendants' Confidential Settlement Statements shall be sent via e-mail in a PDF format to **Mix_Chambers@cod.uscourts.gov** ALL additional settlement material (*i.e.* exhibits, deposition transcripts, Exhibits, documents) shall be submitted to the court as hard copies. Counsel shall indicate in their e-mail if they are submitting additional information for the Court to read. Any additional material shall be delivered to the Office of the Clerk of the Court in an envelope marked "Personal per Magistrate Judge Mix's Instructions".

Defendant's Attorney(s) and Client(s)/Client Representative(s), with full settlement authority **are to be present in person** for the Settlement Conference. Plaintiff will appear by telephone.

**FINAL PRETRIAL CONFERENCE** is set **MARCH 16, 2009 AT 9:00 A.M.**
Final Pretrial Order is due **no later than MARCH 11, 2009.** Defendant will take the initiative and prepare the Proposed Final Pretrial Order. (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission). In accordance with FED.R.Civ.P. 16(d), the conference shall be attended **in person** by Defendants' attorney and by Plaintiff by telephone.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**TRIAL:** Will be set before The Honorable Robert E. Blackburn at a later date.

As Plaintiff is *pro se,* he is reminded he is required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.).

A party may only be represented by an attorney who is admitted to the United States District Court District of Colorado bar.

**It is ORDERED:** Plaintiff has to and including **October 28, 2008** to respond to Defendant's outstanding discovery.

HEARING CONCLUDED.

**Court in Recess: 9:32 a.m.**
Total In-Court Time: 00:30