IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02385-CMA-KLM

JEREMY NECHOL DENISON,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, C.T.C.F., in its official capacity,
MR. MICHAEL AASEN,
MR. ORVILLE NUEFELD, and
UNKNOWN MEMBER(s) OF ANY OVERSIGHT COMMITTEE,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Defendants' Motion for Leave to File Answer** [Docket No. 75; Filed November 3, 2008] (the "Motion"). Defendants' counsel has been in contact with attorney Christine Garrison who will be entering an appearance on behalf of Plaintiff. She indicated that Plaintiff does not oppose the Motion.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court accepts Defendants' Answer [Docket No. 77] for filing as of the date of this Minute Order.

Dated: November 3, 2008