# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 06-cv-02385-CMA-KLM

JEREMY NECHOL DENISON,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, C.T.C.F., in its official capacity,
MR. MICHAEL AASEN,
MR. ORVILLE NUEFELD, and
UNKNOWN MEMBER(s) OF ANY OVERSIGHT COMMITTEE,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Joint Motion To Dismiss Due To Settlement (Doc. # 95).  The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that all claims brought by Plaintiff Denison against the Defendants be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney's fees.

      DATED:  April __14__, 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge